**UNITED STATES DISTRICT COURT**

|  |  |
|---|---|
| **JOHN L. KANE**<br>SENIOR JUDGE | DISTRICT OF COLORADO<br>UNITED STATES COURTHOUSE<br>901 19th STREET<br>DENVER, COLORADO  80294<br>(303) 844-6118<br>John_L_Kane@cod.uscourts.gov |

# M E M O R A N D U M

**TO:**     Greg Langham, Clerk
              Attn: Kathy Triplett

**FROM:**  Judge John L. Kane

**DATE:**  February 9, 2010

**RE:**     Criminal Action No. **10-cr-73-JLK**

   Exercising my prerogative as a Senior Judge, I request that this criminal action be reassigned.